UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNE LOWENBURG, ET AL. | CIVIL ACTION |
| VERSUS | NO. 16-2326 |
| SEWERAGE & WATER BOARD OF NEW ORLEANS | SECTION "N" (3) |

## ORDER & REASONS

Presently before the Court is Plaintiffs' "Motion to Remand" (Rec. Doc. 14). Having carefully considered the parties' submissions, and the applicable law, **IT IS ORDERED** that the Motion is **DENIED**.

The issues raised by Plaintiffs in their Motion to Remand were previously addressed by this Court in *Sewell v. Sewerage & Water Board of New Orleans*, No. 15-3117. (*See* Rec. Doc. 36). In that case, which involves the same SELA drainage project, the Court found that B&K, as a government contractor, had properly removed the action pursuant to 28 U.S.C. § 1442(a). (*Id.* at p. 2-3). Here, on the showing made, the Court finds, again, that B&K's use of the federal officer removal statute was appropriate.

New Orleans, Louisiana, this 12th day of May, 2016.

                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**